IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSE ESCOBEDO,** <br><br> Plaintiff, <br><br> v. <br><br> **PAUL SANOIAN, et al.,** <br><br> Defendants. | 1:14-cv-01996 --- MJS <br><br> **VOLUNTARY DISMISSAL OF ACTION AGAINST DEFENDANT TRANSAMERICAN AUTO PARTS COMPANY, LLC** <br><br> **(ECF No. 7)** |

On December 15, 2014, Jose Escobedo ("Plaintiff") sued Defendants Paul Sanoian, Judy Sanoian, Transamerican Auto Parts Company, LLC dba 4 Wheel Parts ("Transamerican") for violations of the American with Disabilities Act. (Compl., ECF No. 1.) On January 7, 2015, Plaintiff moved for the action to be voluntarily dismissed as to Defendant Transamerican. (ECF No. 7.)

Under Federal Rule of Civil Procedure 41(a)(1)(A), a plaintiff may dismiss an action without a court order by filing a notice of dismissal prior to the opposing party's answer or dispositive motion. Transamerican has not responded to the complaint. Accordingly, this action is DISMISSED without prejudice as to Transamerican **only**.

IT IS SO ORDERED.

Dated:   January 12, 2015                              /s/ *Michael J. Seng*
                                                       UNITED STATES MAGISTRATE JUDGE

1